IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:  Case No. 16-08627 ESL

JOSE R. SOTO VILLANUEVA  Chapter 13
JOCELINE ORTIZ POLACO

    Debtor (s)
_____/

## MOTION TO WITHDRAW

DEBTOR(s), by and through the undersigned attorney inform and request to and from this Honorable Court the following:

1. On 7/14/2017 Debtors filed with this Honorable Court Doc # 42.

2. On 8/23/2017 Debtors filed with this Honorable Court Doc # 48.

3. Today, Debtors very respectfully request the withdrawal of documents # 42 & 48.

**RESPECFULLY SUBMITTED**

In San Juan, Puerto Rico this 17th day of October 2017

    **/s/ Jesus E. Batista Sanchez, Esq.**
    The Batista Law Group, PSC
    Jesus E. Batista Sanchez No. 227014
    Attorney for Debtors
    421 Ave. Luis Muñoz Rivera
    Suite 901
    San Juan, P.R.  00918
    Telephone: (787) 303-0325
    Facsimile: (787) 777-1589
    E-mail: jesus.batista@batistalawgroup.com