# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**JOSE R SOTO VILLANUEVA**<br>**JOCELINE ORTIZ POLACO**<br><br>xxx–xx–0088<br>xxx–xx–8400<br><br>Debtor(s) | Case No. **16–08627 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/18/17 |

***ORDER***

The motion filed by the debtors requesting to withdraw docket entries #42 and #48 (docket #42, 48, 56) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, October 18, 2017 .

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge