UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

**JOSE R SOTO VILLANUEVA**

**JOCELINE ORTIZ POLACO**

DEBTOR(S)

CASE NO: 16-08627-ESL

CHAPTER 13

**TRUSTEE'S MOTION TO INFORM**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, through and by the undersigned staff attorney and very respectfully, **ALLEGES, STATES** and **PRAYS**:

1.  On August 23 2017, counsel for debtor filed an Application for Compensation (dkt 48).  Thereafter, Trustee requested time to file his position on the matter.  This Honorable Court granted Trustee until October 4, 2017 (dkt 54).

2.  On September 27, 2017, due to the passing of Hurricane Maria through Puerto Rico, the Bankruptcy Court for the District of Puerto Rico issued General Order number 17-05 extending all periods set by statutes of limitations applicable to causes of action, cases and proceedings filed before the Court until November 6, 2017.

**Trustee's Motion to Inform**
**Case No. 16-08627-ESL**
**Page 2 of 2**

3.    On October 17, 2017, counsel for debtor filed a motion to withdraw the application filed at docket 48.

4.    Thus, in light of the withdrawal, Trustee hereby informs that the time frame afforded to file his position is no longer necessary.

**WHEREFORE,** for the reasons stated above it is respectfully requested from the Court to take knowledge of the above.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail.  I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: **debtor(s) at their address of record.**

In San Juan, Puerto Rico, this October 19th , 2017.

/s/**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: **/s/ PEDRO R. MEDINA HERNANDEZ**
PEDRO R. MEDINA HERNANDEZ
Staff Attorney
USDC # 226614