# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**JOSE R SOTO VILLANUEVA**
**JOCELINE ORTIZ POLACO**

**xxx–xx–0088**
**xxx–xx–8400**

Debtor(s)

Case No. **16–08627 ESL**

Chapter **13**

**FILED & ENTERED ON 11/20/17**

### *ORDER*

The motion filed by Midland Funding, LLC requesting extension of time of seven (7) days to file response to Debtors objection to proof of claim #6 (docket #59, 61) is hereby granted. Order due by 11/27/2017

IT SO ORDERED.

In San Juan, Puerto Rico, this Monday, November 20, 2017 .

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge